FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2026

SEAN F. MCAVOY, CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

VANESSA S.,

Plaintiff,

vs.

FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 2:23-cv-00373-RHW

**ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**ECF Nos. 10, 15, 20**

Before the Court is the Report and Recommendation issued by Magistrate Judge Alexander C. Ekstrom, ECF No. 20, recommending Plaintiff's motion to reverse the Commissioner's decision to dismiss Plaintiff's request for hearing, ECF No. 10, be granted and Defendant's motion to affirm, ECF No. 15, be denied. No objections were filed. After reviewing the Report and Recommendation, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED**:

1. The Report and Recommendation, **ECF No. 20**, is **ADOPTED** in its entirety.

2. Plaintiff's motion to **REVERSE** the Commissioner's decision to dismiss

Plaintiff's request for hearing, **ECF No. 10**, is **GRANTED**. The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. Defendant's motion to affirm the Commissioner, **ECF No. 15**, is **DENIED**.

4. Upon proper presentation, the Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **ENTER JUDGMENT** in favor of Plaintiff, forward copies to counsel and Magistrate Judge Ekstrom, and **CLOSE THE FILE**.

DATED August 26, 2026.

*s/Robert H. Whaley*
ROBERT H. WHALEY
Senior United States District Judge