AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2026

SEAN F. MCAVOY, CLERK

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

VANESSA S.,

*Plaintiff*

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

Civil Action No. 2:23-cv-00373-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______________________ recover from the defendant *(name)* ______________________ the amount of ______________________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______________________ recover costs from the plaintiff *(name)* ______________________ .

☑ other: Pursuant to the Order at ECF No. 21, the Report and Recommendation filed at ECF No. 20, is ADOPTED in its entirety. Plaintiff's Motion, ECF No. 10, is GRANTED. Defendant's Motion, ECF No. 15, is DENIED. This case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Judgment entered in favor of Plaintiff

This action was *(check one)*:

❐ tried by a jury with Judge ______________________ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______________________ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley

Date: 8/26/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*